IN THE UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT of CALIFORNIA
OAKLAND DIVISION

In re:  
Catherine A. Radke

           Debtor(s)

Chapter: 13  
Case Number: 12-47553-MEH  
Assigned to the Honorable:

REQUEST FOR SPECIAL NOTICE  
[NO Hearing Required]

TO THE CLERK:

    The undersigned attorneys for:

CAPITAL ONE, N.A.  
Merchant Name: BEST BUY CO., INC.

a creditor of the above referenced debtor.

    Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

    REQUEST IS HEREBY MADE that CAPITAL ONE, N.A. be given and served with all notices given or required to be given in the case as follows:

        CAPITAL ONE, N.A.  
        Bass & Associates, P.C.  
        3936 E. Ft. Lowell Road, Suite #200  
        Tucson, AZ 85712

    Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 09/26/12  
Account Number: ************2155

Respectfully submitted,  
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)  
    Attorneys for Creditor  
    CAPITAL ONE, N.A.  
    3936 E Ft Lowell Rd Suite 200  
    Tucson, AZ  85712-1083  
    (520) 577-1544  
    ecf@bass-associates.com