UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: William Robert Radke and Catherine Ann Radke

Bankruptcy No.: 12-47553
R.S. No.: RMD-96117
Hearing Date: July 29, 2016
Time: 10:00 a.m.

Debtor(s)

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 9/12/2012  Chapter: 13
    Prior hearings on this obligation: None  Last Day to File §523/§727 Complaints: N/A

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): 2005 Mitsubishi Galant

   Secured Creditor  [X]   or lessor  [ ]
   Fair market value: $ 3,545.00           Source of value: Kelley Blue Book
   Contract Balance: $ 10,956.88           Pre-Petition Default:  $ n/a
   Monthly Payment: $ 333.13               No. of months: n/a
   Insurance Advance: $ n/a                Post-Petition Default: $ 1,305.20
                                           No. of months: 3

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $ _____             Source of value: _____

                                           If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.:        $ _____           Pre-Petition Default:  $ _____
   As of (date):        _____             No. of months: _____
   Mo. Payment:         $ _____           Post-Petition Default: $ _____
   Notice of Default (date): _____        No. of months: _____
   Notice of Trustee's Sale: _____        Advances Senior Liens: $ _____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $ _____ | $ _____ | $ _____ |
   | 2nd Trust Deed: _____ | $ _____ | $ _____ | $ _____ |
   | _____ : | | | |
   | _____ : | | | |
   | _____ : | | | |
   | (Total) | $ _____ | $ _____ | $ _____ |

(D) Other pertinent information: *Debtors purchased this motor vehicle Post-Petition, and have defaulted in ongoing monthly installments to Movant. Cause for relief from stay exists under 11 USC 362(d)(1) in that movant is not adequately protected in the absence of monthly payments. There is no equity for the benefit of the Debtors.*

                               */s/ Ryan M. Davies*
                               Signature

Dated: July 11, 2016

                               **RYAN M. DAVIES**
                               Print or Type Name
                               Attorney for Consumer Portfolio Services, Inc.